1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

E-FILED

9/10/19

Document # _____

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFRONIA

### WESTERN DIVISION

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,

        Plaintiff,

v.

AMAZON.COM, INC., and AMAZON .COM SERVICES, INC.

        Defendants.

Case No. 2:19-cv-06571-PSG-RAO

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING ITC INVESTIGATION**

1    The Court having, considered Plaintiff The Regents of the University of

2    California and Defendants Amazon.com, Inc.'s and Amazon.com Services, Inc.'s

3    Joint Stipulation To Stay Case Pending ITC Investigation:

4    **IT IS HEREBY ORDERED** that the Joint Stipulation to Stay Case Pending

5    ITC Investigation is **GRANTED**.

6    **IT IS FURTHER ORDERED** that this case is **STAYED** pending further

7    order of the Court.

8    **IT IS FURTHER ORDERED** that Plaintiff may move the Court to lift the

9    stay upon the change in the proceedings before the U.S. International Trade

10   Commission. *The case is administratively closed and may be reopened*

11   *by application of any party*

12   Dated: 9/10        , 2019   _____

13                                THE HONORABLE PHILIP S. GUTIERREZ
                                  UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28