SHAWN G. HANSEN (SBN 197033)
shansen@nixonpeabody.com
SETH D. LEVY (SBN 217638)
slevy@nixonpeabody.com
STACI JENNIFER TRAGER (SBN 232659)
strager@nixonpeabody.com
**NIXON PEABODY LLP**
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

MATTHEW A. RICHARDS (SBN 233166)
mrichards@nixonpeabody.com
**NIXON PEABODY LLP**
One Embarcadero Center, Suite 300
San Francisco, CA 94111-3739
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Plaintiff
**THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,**<br><br>Plaintiff,<br><br>vs.<br><br>**AMAZON.COM, INC. and AMAZON.COM SERVICES, INC.**<br><br>Defendants. | Case No. 2:19-cv-06571-PSG-RAOx<br><br>Hon. Philip S. Gutierrez<br><br>**JOINT STIPULATION OF DISMISSAL** |

JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal with prejudice of this action in its entirety, with each party to bear its own attorney fees and costs.

Dated: September 22, 2023     NIXON PEABODY LLP

By: /s/ *Shawn G. Hansen*
    Shawn G. Hansen

Attorneys for Plaintiff
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

Dated: September 22, 2023     PERKINS COIE LLP

By: /s/ *Stefani E. Shanberg*
    Stefani E. Shanberg

Attorneys for Defendants
AMAZON.COM, INC. AND
AMAZON.COM SERVICES. INC.

### L.R. 5-4.3.4(a)(2)(i) Attestation

Pursuant to L.R. 5-4.3.4, the filer of this document attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

NIXON PEABODY LLP

By: /s/ *Shawn G. Hansen*
    Shawn G. Hansen

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA